UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CTS RESEARCH INC.,

               Plaintiff,

      v.

GOOGLE, LLC,

               Defendant.

Case No.  25-mc-80280-SVK

**ORDER FOR SERVICE OF AND RESPONSE TO EX PARTE APPLICATION**

**ORDER TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION**

Re: Dkt. No. 1

CTS Research Inc. ("Applicant") has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a document subpoena on Google LLC. Re: Dkt. No. 1. The Court **ORDERS** as follows:

1. Applicant must serve Google with this Order and the application by **October 2, 2025** and file a proof of service promptly after service is completed.

2. Any response by Google to the application is due by **October 23, 2025**.

3. Applicant and Google may consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) no later than **October 16, 2025**. *See CPC Patent Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801 (9th Cir. 2022).  The United States District Court for the Northern District of California maintains a standard form for parties to complete in cases assigned to a magistrate judge: https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/Notice_of_MJ_Assignment_Election_Form.pdf Any party is free to withhold consent to proceed before a magistrate judge without

////

////

adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).  If this Court does not

receive the consent of both parties by the deadline, the matter will be reassigned to a

district judge.

**SO ORDERED.**

Dated: September 18, 2025

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2