UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF CTS RESEARCH, INC., | Case No. 25-mc-80376-VKD<br>*SEALED*<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-captioned matter is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to Case No. 5:25-mc-80280-PCP *In re Application of CTS Research, Inc.*. The above-captioned miscellaneous action[1] appears to have been initiated upon the filing of a motion to quash a subpoena issued pursuant to an order in the earlier-filed miscellaneous action. *See* Case No. 5:25-mc-80280-PCP, Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: December 8, 2025

Virginia K. DeMarchi
United States Magistrate Judge

---

[1] The Clerk's Office has provisionally sealed this docket pending resolution of the movant's sealing request and motion to proceed pseudonymously. See Dkt. Nos. 1, 3. However, the Court sees no reason to seal the present referral order.