UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF CTS RESEARCH, INC. | Case No.  25-mc-80376-PCP *SEALED* **ORDER TO SERVE INTERESTED PARTY** |

Plaintiff filed this action seeking to quash a subpoena served by CTS Research, Inc. on Google, LLC as authorized by this Court pursuant to 28 U.S.C. § 1782 in a separate action. *See CTS Research, Inc. v. Google LLC*, Case No. 25-mc-80280. Because this case is sealed, CTS Research, Inc. has been unable to respond to plaintiff's motions to quash. The Court therefore orders plaintiff to serve copies of his motion to quash and supporting declaration (Dkt. Nos. 1 and 4) on CTS Research, Inc. by no later than February 20, 2026. Before completing service, plaintiff may redact any personally identifying information from the documents. Service may be made on counsel for CTS Research, Inc. by physical or electronic mail using the contact information below:

**Benita Sheung-Won Yu**
BYu@ggfirm.com

**Bonnie E. Eskenazi**
BEskenazi@ggfirm.com

Greenberg Glusker Fields Claman & Machtinger LLP
2049 Century Park E., Ste. 2600
Los Angeles, CA 90067
(310) 553-3610

**Marissel Descalzo**
md@descalzolaw.com
Descalzo Law
150 S.E. 2nd Ave., Ste. 600
Miami, FL 33131
(305) 489-1018

Failure to serve CTS Research, Inc. by the deadline may result in denial of the motion to quash.

CTS Research, Inc. may file a response to plaintiff's motion to quash on the docket in Case No. 25-mc-80280. Any response must be filed within 14 days of service of the motion.

Case 5:25-mc-80280-PCP   Document 19   Filed 01/16/26   Page 2 of 2

**IT IS SO ORDERED.**

Dated: January 16, 2026

P. Casey Pitts
United States District Judge

2