# EXHIBIT 1

| From: | Tuyay, Byron |
|---|---|
| To: | Yu, Benita S.; diddydocketlegal@protonmail.com |
| Cc: | Kennedy, Nicholas; Eskenazi, Bonnie; Marissel Descalzo; Peterson, Kendrick |
| Subject: | RE: CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP, Re: "diddydocket@gmail.com" Account |
| Date: | Monday, December 1, 2025 12:55:09 PM |

Thank you, Benita.  This is noted.

Best regards,
Byron

**Byron Tuyay**
Baker & McKenzie LLP
Office: +1 310 616 5738
Cell: +1 415 791 4651

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Yu, Benita S. <byu@greenbergglusker.com>
**Sent:** Monday, December 1, 2025 12:47 PM
**To:** Dorsainvil, Halli <Halli.Dorsainvil@bakermckenzie.com>; Tuyay, Byron <Byron.Tuyay@bakermckenzie.com>; diddydocketlegal@protonmail.com
**Cc:** Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Eskenazi, Bonnie <beskenazi@greenbergglusker.com>; Marissel Descalzo <MD@DescalzoLaw.com>
**Subject:** [EXTERNAL] CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP, Re: "diddydocket@gmail.com" Account

Hi Halli and Byron,

We write to let you know that CTS agrees to amend its subpoena to withdraw any requests for information concerning the account associated with the email address "diddydocket@gmail.com."

To be clear, this is not based on any concession to the supposedly forthcoming motion to quash, but rather because CTS has recently been able to independently discover the identity of the accountholder.  We also note that it is ironic that "J. Doe" (as the person signs the papers) is concerned about "doxing" and "harassment" when the entire purpose of that email account has been to dox, publicly embarrass, and humiliate CTS, as well as various public figures and private individuals.

Thanks,
Benita

Benita S. Yu

Associate

Biography | vCard
310.201.7446 Direct
byu@greenbergglusker.com

**Greenberg Glusker LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA  90067
**GreenbergGlusker.com**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.