Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:    214 978 3081
Facsimile:    214 978 3099

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:    310 201 4728
Facsimile:    310 201 4721

Attorneys for Non-Party
Google LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE COURTHOUSE

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF CTS RESEARCH, INC.<br><br>        Applicant. | Case No. 5:25-mc-80280-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING USE OF DISCOVERY**<br><br>Before the Honorable Judge P. Casey Pitts<br>Courtroom 8 – 4th Floor<br>United States Courthouse<br>280 South First Street<br>San Jose, CA  95113 |

Applicant CTS Research, Inc. (hereinafter "Applicant"), and the subpoenaed non-party Google LLC ("Google"), by and through their undersigned counsel, stipulate and agree as follows:

**WHEREAS,** Applicant filed an application pursuant to 28 U.S.C. § 1782 ("Application") seeking to conduct discovery for use in aid of the civil proceeding (Court File No. VLC-S-S-255851) pending against Zachary Storm Williams filed in the Supreme Court of British Columbia (the "Canada Court"). *See* ECF No.1. Applicant seeks documents containing sufficient information to identify the owners and/or users associated with the Gmail account names listed below including, without limitation, the full legal name, mailing address, residential address, backup/alternate email address, phone number and IP addresses(es) for five accounts.

**WHEREAS**, on October 23, 2025, this Court granted the Application and permitted Applicant to serve a subpoena to Google in connection with that Application. ECF No. 15.

**WHEREAS**, on October 28, 2025, Applicant served a subpoena upon Google, a true and correct copy of which is attached hereto as **Exhibit A** ("Subpoena");

**WHEREAS**, on November 11, 2025, Google served Applicant with Responses and Objections to the Subpoena, a true and correct copy of which is attached hereto as **Exhibit B**; and

**WHEREAS**, the Parties have conferred through correspondence on December 1, 2025 and March 9, 2026, and agree to limit the use of discovery from Google in response to the Subpoena as set forth below.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to approval by the Court, that:

1.      Google will produce identified non-content subscriber information responsive to the Subpoena ("Google Disclosures") subject to its Responses and Objections.

The Google Disclosures may include, but are not limited to, documents containing sufficient information to identify the full legal name(s), mailing address(es), residential address(es),

2

backup/alternate email address(es), phone number(s) and IP addresses(es) associated with the Target Accounts.

2.    Applicant shall use the information contained in the Google Disclosures to prosecute and defend claims only in the civil proceeding in Canada. Applicant shall not be permitted to use Google Disclosures to prosecute and defend claims in any other proceedings outside the Canadian lawsuit.

3.    Google and Applicant otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Respectfully Submitted

Dated: March 18, 2026

**BAKER & McKENZIE LLP**

By: */s/ Byron R. Tuyay*
    Nicholas O. Kennedy
    Byron R. Tuyay
    Attorneys for Non-Party
    GOOGLE LLC

**GREENBERG GLUSKER**

Dated: March 18, 2026

By: */s/ Benita Sheung-Won Yu*
    Benita Sheung-Won Yu
    Attorney for Applicant
    CTS Research Inc.

\*\*\*\*\*

3

## FILER'S ATTESTATION OF CONCURRENCE

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I am counsel for Non-Party Google LLC.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Respectfully Submitted,

Dated: March 18, 2026                **BAKER & McKENZIE LLP**

By: */s/ Byron R. Tuyay*
    Nicholas O. Kennedy
    Byron R. Tuyay
    Attorneys for Non-Party
    GOOGLE LLC

\*\*\*\*\*

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
    Hon. Judge P. Casey Pitts
    U.S. District Court Judge