# EXHIBIT 1

| | |
|---|---|
| **From:** | Yu, Benita S. |
| **To:** | "Tuyay, Byron" |
| **Cc:** | Eskenazi, Bonnie; Kennedy, Nicholas; Dieken, Marisa; Peterson, Kendrick |
| **Subject:** | RE: CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP |
| **Date:** | Friday, July 17, 2026 1:34:29 PM |

Hi Byron,

Thanks for your email. We understand this to mean that while Google does not oppose, it also does not agree to stipulate to reopen the case. Please let us know if we misunderstood.

Best,
Benita

---

**From:** Tuyay, Byron <Byron.Tuyay@bakermckenzie.com>
**Sent:** Friday, July 17, 2026 1:03 PM
**To:** Yu, Benita S. <byu@greenberglusker.com>
**Cc:** Eskenazi, Bonnie <beskenazi@greenberglusker.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Dieken, Marisa <Marisa.Dieken@bakermckenzie.com>; Peterson, Kendrick <Kendrick.Peterson@bakermckenzie.com>
**Subject:** RE: CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP

Hi Benita,

Google takes no position on whether the Court should administratively reopen the case to permit CTS Research to seek authorization for a new subpoena.

At the same time, Google takes no position regarding whether any such subpoena should issue. Google expressly reserves all rights, objections, and defenses with respect to any subpoena that may ultimately be authorized and served, including the right to challenge the subpoena on any applicable grounds such as the objections we discussed on our last call. *See, e.g.*, CPC Pat. Techs. Pty Ltd. v. Apple, Inc., 34 F.4th 801, 809 (9th Cir. 2022).

Best regards,
Byron

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Yu, Benita S. <byu@greenberglusker.com>
**Sent:** Wednesday, July 15, 2026 5:22 PM
**To:** Tuyay, Byron <Byron.Tuyay@bakermckenzie.com>
**Cc:** Eskenazi, Bonnie <beskenazi@greenberglusker.com>; md@descalzolaw.com; Dieken, Marisa <Marisa.Dieken@bakermckenzie.com>; Peterson, Kendrick <Kendrick.Peterson@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP

Hi Byron,

Following up to see if you were able to get a confirmation on whether Google would agree to stipulate to reopen the case.

Thanks,
Benita

**Benita S. Yu**
Associate
byu@greenbergglusker.com
D: 310.201.7446
View Bio

**GREENBERG GLUSKER LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
greenbergglusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

---

**From:** Tuyay, Byron <Byron.Tuyay@bakermckenzie.com>
**Sent:** Monday, July 6, 2026 5:56 PM
**To:** Yu, Benita S. <byu@greenbergglusker.com>
**Cc:** Eskenazi, Bonnie <beskenazi@greenbergglusker.com>; md@descalzolaw.com; Dieken, Marisa <Marisa.Dieken@bakermckenzie.com>; Peterson, Kendrick <Kendrick.Peterson@bakermckenzie.com>
**Subject:** Re: CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP

Yes, just sent you a calendar invite for tomorrow at 3 pm PT.

Thank you,
Byron

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Yu, Benita S. <byu@greenbergglusker.com>

**Sent:** Monday, 06 July 2026 16:49:21
**To:** Tuyay, Byron <Byron.Tuyay@bakermckenzie.com>
**Cc:** Eskenazi, Bonnie <beskenazi@greenbergglusker.com>; md@descalzolaw.com <md@descalzolaw.com>; Dieken, Marisa <Marisa.Dieken@bakermckenzie.com>; Peterson, Kendrick <Kendrick.Peterson@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP

Hi Byron,

Tomorrow would work better for me. Would some time between 3 and 5 pm work for you?

Thanks,
Benita

**Benita S. Yu**
Associate
byu@greenbergglusker.com
D: 310.201.7446
View Bio

**GREENBERG GLUSKER LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
greenbergglusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

---

**From:** Tuyay, Byron <Byron.Tuyay@bakermckenzie.com>
**Sent:** Monday, July 6, 2026 2:17 PM
**To:** Yu, Benita S. <byu@greenbergglusker.com>
**Cc:** Eskenazi, Bonnie <beskenazi@greenbergglusker.com>; md@descalzolaw.com; Dieken, Marisa <Marisa.Dieken@bakermckenzie.com>; Peterson, Kendrick <Kendrick.Peterson@bakermckenzie.com>
**Subject:** RE: CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP

Hi Benita,

Thanks again for sending the proposed subpoena. Could you please let us know your availability for a call to quickly discuss tomorrow or Wednesday?

Thank you,
Byron

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise

the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Yu, Benita S. <byu@greenbergglusker.com>
**Sent:** Tuesday, June 30, 2026 4:19 PM
**To:** Tuyay, Byron <Byron.Tuyay@bakermckenzie.com>
**Cc:** Eskenazi, Bonnie <beskenazi@greenbergglusker.com>; md@descalzolaw.com
**Subject:** [EXTERNAL] CTS Research Inc. v. Google, LLC, N.D. Cal. Case No. 5:25-mc-80280-PCP

Hi Byron,

Thanks for speaking with me yesterday. I have attached draft of the supplemental subpoena that lists the four additional email addresses for which CTS Research is hoping to obtain identifying information for the same underlying proceedings in Canada. We would appreciate it if you can forward to your client and ask them to confirm whether these email accounts exist and/or if they have any information. It would be helpful to know so we can narrow the issues as appropriate.

We plan to file an administrative motion to reopen the previous case number. Civil Local Rule 7-11 requires us to file a stipulation or a declaration explaining why a stipulation could not be obtained with the administrative motion. Can you please confirm whether Google would agree to stipulate to reopen the case?

Thanks,
Benita

**Benita S. Yu**
Associate
byu@greenbergglusker.com
D: 310.201.7446
View Bio

**GREENBERG GLUSKER LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
greenbergglusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.