BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@ggfirm.com
BENITA S. YU (SBN 329195)
BYu@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Marissel Descalzo (*pro hac vice*)
md@descalzolaw.com
DESCALZO LAW
2 S. Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone: 305-489-1018
Facsimile: 305-489-3386

Attorneys for CTS Research Inc.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Application of

CTS Research Inc.,

Applicant,

v.

*Ex Parte* Application for an Order Authorizing Discovery for Use in a Foreign Tribunal Pursuant to 28 U.S.C. § 1782.

Case No. 5:25-mc-80280-PCP

*Assigned to: Hon. P. Casey Pitts, Courtroom 8*

**[PROPOSED] ORDER GRANTING APPLICANT CTS RESEARCH INC.'S MOTION TO REOPEN CASE**

[*Filed Concurrently with Motion and Declaration of Benita S. Yu*]

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Upon consideration of the administrative motion to reopen case (the "Motion") pursuant to Civil Local Rule 7-11 submitted by applicant CTS Research, Inc. ("CTS Research"), and the concurrently filed joint stipulation in support thereof, the Court hereby makes the following orders:

1. The Motion is **GRANTED** in its entirety;
2. The above-captioned case and case number is **REOPENED**; and
3. CTS Research is granted leave to file a second ex parte application pursuant to 28 U.S.C. § 1782 under the above-captioned case and case number.

**IT IS SO ORDERED.**

DATED: ________________, 2026 ______________________________

HON. P. CASEY PITTS
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA